No. 73–5183. TAYLOR v. INDIANA. Sup. Ct. Ind. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5207. HUDSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5302. WEBB v. UNITED STATES. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–34. ROSS ET AL. v. MOBIL OIL CORP. ET AL. C. A. 5th Cir. Motion for leave to substitute Mrs. John Ross et al. in place of John Ross, deceased, as party petitioners granted. Motion to dispense with printing petition granted. Certiorari denied.

No. 73–56. WILLIAMS v. TEXAS. Ct. Crim App. Tex. Motion to dispense with printing petition granted. Motion of respondent to dispense with printing brief in opposition denied. Certiorari denied.

No. 73–258. UNITED STATES v. SCAFO. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.